No. 881.

THE LOUISVILLE, NEW ALBANY & CHICAGO RAILWAY COMPANY v. MALOTT ET AL.

APPELLATE COURT.—*Jurisdiction.*—*Injunctive Relief.*—The Appellate Court has no jurisdiction over actions for injunctive relief.

From the Monroe Circuit Court.

*E. C. Field* and *W. S. Kinnan*, for appellant.

*N. Crook* and *J. E. Boruff*, for appellees.

Ross, J.—The appellees brought this action against the appellant to recover damages for the past use of real estate, and to enjoin it from the future use thereof. Upon a trial they were awarded damages in the sum of $600, and the appellant was enjoined from future use, etc. In actions for injunctive relief this court has no jurisdiction.

Cause transferred to the Supreme Court.

Filed April 26, 1893.